UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: | : | CASE NO.   22-11596 |
| JAMIE D. BARKER | : | CHAPTER 13 |
| KRISTINA M. BARKER | | |
| DEBTORS | : | JUDGE BUCHANAN |
| | : | ADV. NO.:   23-1017 |
| Kristina M. Barker | | |
| Plaintiff | : | |
| vs. | : | |
| University of Cincinnati | : | |
| | : | |
| and | | |
| | : | |
| United States Department of Education | | |
| | : | |
| Defendants. | | |
| | : | |

## STATUS REPORT

Pursuant to this Court's order of January 2, 2024, the Plaintiff, through counsel, hereby submits this report to the Court on the status of this litigation.  The only remaining Defendant to this action is now the University of Cincinnati.  The Plaintiff has provided the Defendant with a proposal for settlement which the Defendant is reviewing.  The Plaintiff requests an additional 30 days from this filing in which to attempt to complete the settlement.

Respectfully Submitted,

*/s/ Paul J. Minnillo*
Paul J. Minnillo (0065744)
Minnillo Law Group Co. LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
Tel: 513-723-1600
Fax: 513-723-1620
Email: pjm@mlg-lpa.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on 6/14/24, a copy of the foregoing *Status Report* was served on the registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

                    */s/ Paul J. Minnillo*
                    Paul J. Minnillo (0065744)
                    Attorney for Plaintiff