**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 10, 2024**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-11596 |
| **Jamie D Barker and Kristina M Barker,** | ) | Chapter 13 |
| | ) | Judge Buchanan |
| Debtor. | ) | |

___

| | | |
|---|---|---|
| **Kristina M Barker,** | ) | |
| | ) | Adv. Pro. No. 23-ap-1017 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **US Department of Education et al**, | ) | |
| | ) | |
| Defendants. | ) | |

### CONSENT JUDGMENT AS TO STUDENT LOAN DEBT OWED TO THE UNIVERSITY OF CINCINNATI (DOC. 1)

THIS MATTER is before this Court on the complaint of the Plaintiff, Kristina M. Barker, and the answer of the Defendant, University of Cincinnati, collectively the "Parties".

UPON AGREEMENT of the Parties, through their respective undersigned counsel, and FOR GOOD CAUSE SHOWN, this Court finds that repayment in full of the Plaintiff's student

loan debts to the University of Cincinnati would cause her an undue hardship pursuant to 11 U.S.C. §523(a)(8) and therefore the relief requested in the Plaintiff's complaint is hereby GRANTED.

Upon the issuance of the discharge order in the main case (case no.: 22-11596), all pre-bankruptcy student loan debts owed by Kristina M. Barker to the University of Cincinnati shall be discharged.

IT IS SO ORDERED.

Have Seen and Agreed:

**FOR PLAINTIFF**:

/s/ Paul J. Minnillo
PAUL J. MINNILLO (0065744)
Attorney for Plaintiff
Minnillo Law Group Co., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
Office: (513) 723-1600
Fax: (513) 297-5928
Email: pjm@mlg-lpa.com

-AND-

**FOR THE UNIVERSITY OF CINCINNATI**:

/s/ Donald W. Harper II /s/ Paul J. Minnillo per email authority on 7/8/24 by Brian Giles, Esq.
Donald W. Harper II (0089334)
Special Counsel to The Ohio Attorney General
Brian T. Giles (0072806)
7247 Beechmont Avenue
Cincinnati, OH 45230
Telephone: (513) 621-0930
Facsimile: (513) 562-8822
Email: bankruptcy@gilesharper.com

Copies to: Paul J. Minnillo, Esq. via ECF
Brian Giles, Esq. via ECF.